RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 5/19/11

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| MARTIN EVANS, ET AL. | CIVIL ACTION NO. 10-1916 |
| VERSUS | JUDGE ROBERT G. JAMES |
| INTERNATIONAL PAPER CO., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in this Court's Ruling and in the Report and Recommendation of the Magistrate Judge [Doc. No. 21], to the extent adopted by this Court, and, after a *de novo* review of the record,

IT IS ORDERED, ADJUDGED, and DECREED that Defendant International Paper Co.'s ("IP") "Motion to Dismiss Plaintiffs' Class Action Petition" [Doc. No. 9] is GRANTED IN PART, and that Plaintiffs' claims for intentional tort, battery, and fraudulent misrepresentation against Defendants International Paper Co. and Papco, Inc., are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that IP's motion is otherwise DENIED.

MONROE, LOUISIANA, this 19 day of May, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE